563 F.2d 782
 Mrs. Mable C. GARY, Plaintiff-Appellant,
v.
NORTHERN BARGE LINE CO. et al., Defendants,
Frank A. Valls, Defendant-Appellee.
Mrs. Doris Rosemond WOODS, etc., et al., Plaintiffs-Appellants,
v.
NORTHERN BARGE LINE CO. et al., Defendants,
Frank A. Valls, Defendant-Appellee.
Ruth Wall WILLIAMS, etc., et al., Plaintiffs-Appellants,
v.
NORTHERN BARGE LINE CO. et al., Defendants,
Frank A. Valls, Defendant-Appellee.
 No. 77-2126
 
 Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 Nov. 23, 1977.
 Jack C. Benjamin, New Orleans, La., for Gary, Woods and Williams.
 A. Gordon Grant, Jr., New Orleans, La., for Williams.
 Paul A. Nalty, J., Francois Allain, New Orleans, for appellee.
 Before GOLDBERG, CLARK and FAY, Circuit Judges.
 PER CURIAM:
 
 
 1
 The judgment below is affirmed on the basis of the district court's memorandum opinion published at 440 F.Supp. 260.
 
 
 2
 AFFIRMED.
 
 
 
 *
 Rule 18, 5 Cir., see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I